JS-6

1

2

3

4

5

6

7

8             **UNITED STATES DISTRICT COURT**

9             **CENTRAL DISTRICT OF CALIFORNIA**

10

11   LUCINA GALAN,                          )   Case No. SA CV 14-1964 DOC (JCGx)
                                            )
12             Plaintiff,                   )
                                            )
13       v.                                 )   **ORDER SUMMARILY**
                                            )   **REMANDING IMPROPERLY**
14   CARLOS CASTANEDA, et al.,              )   **REMOVED ACTION**
                                            )
15             Defendants.                  )
                                            )
16                                          )
                                            )
17   _____       )

18

19       The Court will summarily remand this unlawful detainer action to state court

20   because Defendant removed it improperly.

21       On December 10, 2014, Defendant Carlos Castaneda, having been sued in

22   what appears to be a routine unlawful detainer action in California state court,

23   lodged a Notice of Removal of that action in this Court, and also presented a request

24   for leave to proceed *in forma pauperis*.  [Dkt. Nos. 1, 4.]  The Court has denied the

25   latter application under separate cover because the action was not properly removed.

26   To prevent the action from remaining in jurisdictional limbo, the Court issues this

27   Order to remand the action to state court.

28       Simply stated, Plaintiff could not have brought this action in federal court in

1  the first place.  That is, Defendant does not competently allege facts supplying either

2  diversity or federal question jurisdiction, and thus removal is improper.  28 U.S.C.

3  § 1441(a); *see Exxon Mobil Corp v. Allapattah Svcs., Inc.*, 545 U.S. 546, 563 (2005).

4

5       To the extent diversity jurisdiction is asserted, even if complete diversity of

6  citizenship exists, the amount in controversy does not exceed the jurisdictional

7  threshold of $75,000.  *See* 28 U.S.C. §§ 1332, 1441(b).  On the contrary, the

8  unlawful detainer complaint recites that the amount in controversy does not exceed

9  $10,000.  Moreover, because Defendant resides in the forum state, he cannot

10  properly remove the action on the basis of diversity jurisdiction.  *See* 28 U.S.C.

11  § 1441(b)(2).

12       Nor does Plaintiff's unlawful detainer proceeding raise any federal legal

13  question.  *See* 28 U.S.C. §§ 1331, 1441(b).  Federal question jurisdiction under

14  § 1331 encompasses civil actions that arise under the Constitution, laws, or treaties

15  of the United States.  *See* 28 U.S.C. § 1331.  Plaintiff's complaint for unlawful

16  detainer alleges a cause of action arising under the laws of the State of California.

17  To be sure, Defendant claims to have asserted a counterclaim against Plaintiff under

18  the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*.  [*See* Dkt. No. 1

19  at 2.]  However, a federal law counterclaim may not serve as a basis for federal

20  question jurisdiction.  *Strategic Acquisitions v. Zarian*, 2014 WL 5460587, at *2

21  (C.D. Cal. Oct. 27, 2014); *see also Vaden v. Discover Bank*, 556 U.S. 49, 60 (2009)

22  ("[A] federal counterclaim, even when compulsory, does not establish 'arising

23  under' jurisdiction.").

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

2

1    Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the

2  Superior Court of California, County of Orange County, 700 Civic Center Drive,

3  P.O. Box 22014, Santa Ana, CA 92701, for lack of subject matter jurisdiction

4  pursuant to 28 U.S.C. § 1447(c); (2) the Clerk send a certified copy of this Order to

5  the state court; and (3) the Clerk serve copies of this Order on the parties.

6

7    IT IS SO ORDERED.

8

9  Dated:   December 17, 2014                   _David O. Carter_____

10                                       HON. DAVID O. CARTER
                                         UNITED STATES DISTRICT JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28